# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| TROY V. CAM, | Case No. 1:18-cv-00533 |
| Plaintiff, | |
| v. | Honorable Edmond E. Chang |
| CALIBER HOME LOANS, INC., | Honorable Sidney I. Schenkier |
| Defendant. | Magistrate Judge |

## NOTICE OF SETTLEMENT

Plaintiff, TROY V. CAM, hereby notifies the Court that Plaintiff and Defendant, CALIBER HOME LOANS, INC., have reached settlement as to all claim(s), and are in process of completing the settlement agreement and filing the notice of voluntary dismissal. The parties request that the Court retain jurisdiction for any matter relating to completing the settlement agreement and/or enforcing the settlement agreement.

Dated: February 23, 2018

Respectfully submitted,

*/s/ Joseph Scott Davidson*

Joseph Scott Davidson
**SULAIMAN LAW GROUP, LTD.**
2500 South Highland Avenue
Suite 200
Lombard, Illinois 60148
+1 630-575-8181
jdavidson@sulaimanlaw.com

*Counsel for Troy V. Cam*